*Messrs. J. L. London* and *Walter H. Saunders* for petitioner. *Messrs. James C. Jones, William O. Reeder, James C. Jones, Jr.,* and *Louis H. Cooke* for respondent.

No. 991. DILL *v.* COLORADO. See *ante,* p. 609.

No. 1044. PATTEN *v.* UNITED STATES. May 21, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Walter J. Patten, pro se.* No appearance for the United States.

No. 859. STRIPLIN *v.* LAWRENCEBURG WAREHOUSE Co. ET AL. May 21, 1934. Petition for writ of certiorari to the Supreme Court of Tennessee denied. *Messrs. George S. Wright, C. M. Smithdeal,* and *Alex. W. Spence* for petitioner. *Mr. Wm. M. Hall* for respondents.

No. 917. BAUSCH & LOMB OPTICAL Co. *v.* UNITED STATES. May 21, 1934. Petition for writ of certiorari to the Court of Claims denied. *Mr. E. Willoughby Middleton* for petitioner. *Solicitor General Biggs* and *Assistant Attorney General Sweeney* for the United States.

No. 932. DUNN *v.* INTERSTATE BOND Co. ET AL. May 21, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. W. Larsen* for petitioner. *Solicitor General Biggs, As-*

646

*sistant Attorney General Wideman,* and Messrs. *Charles Bunn, James W. Morris,* and *Samuel Nesbit Evins* for respondents.

No. 953. UNITY SCHOOL OF CHRISTIANITY (WOQ) *v.* FEDERAL RADIO COMM'N ET AL. May 21, 1934. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. Messrs. *George E. Strong* and *Rush L. Holland* for petitioner. *Solicitor General Biggs, Assistant Attorney General Stephens,* and Messrs. *M. S. Huberman, Andrew W. Bennett,* and *George B. Porter* for respondents.

No. 957. DUNCAN *v.* UNITED STATES. May 21, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Mark L. Herron* for petitioner. *Solicitor General Biggs* and Messrs. *Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 966. McNAIR, RECEIVER, *v.* CARCABA ET AL. May 21, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. Messrs. *Kenneth I. McKay* and *Maynard Ramsey* for petitioner. *Mr. George C. Bedell* for respondents.

No. 970. NEW YORK CENTRAL R. Co. *v.* JERRELL. May 21, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Noel S. Symons* for petitioner. *Mr. Frank Gibbons* for respondent.